```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/18/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTOINE KEANE, individually and as principal of KEEN VISION GROUP CO., KEEN VISION PROPERTIES, LLC, GLOBAL PRODUCTIVE BUSINESS, INC., and SFNY GROUP, INC.; KEEN VISION GROUP CO.; KEEN VISION PROPERTIES, LLC; GLOBAL PRODUCTIVE BUSINESS, INC.; and SFNY GROUP, INC.,

       Plaintiffs,

-against-

CYNTHIA BANKS and 982 SW 159 DR LLC,

       Defendants.

25 Civ. 5104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed Plaintiffs' letter requesting an extension of time to file a response to Defendants' motion to transfer venue, *see* ECF No. 13, as well as Defendants' letter consenting to the same, *see* ECF No. 14. The Court has also reviewed the parties' letters, *see* ECF Nos. 14–15, regarding the appropriate deadline for Defendants' response to Plaintiffs' motion to remand. Defendants are correct that the deadline for their opposition to Plaintiffs' motion for remand is **July 18, 2025**. *See* ECF No. 4.

  "Because the removal statute only allows removal of actions within the Court's original jurisdiction, and because fundamental principles of American jurisprudence forbid the Court from acting in the absence of subject matter jurisdiction," the Court will decide Plaintiffs' pending motion to remand prior to ruling on Defendants' venue motion. *Smartmatic USA Corp. v. Dominion Voting Sys. Corp.*, No. 13 Civ. 5349, 2013 WL 5798986, at *3 (S.D.N.Y. Oct. 22, 2013) (citation omitted).

  Accordingly, by **July 18, 2025**, Defendants shall respond to Plaintiffs' motion to remand. The briefing on Defendants' motion to transfer venue is held in abeyance pending the Court's disposition of Plaintiffs' motion to remand.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 12 and 13.

SO ORDERED.

Dated: July 18, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge